# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:17-cv-02032-JLS-KESx | Date: August 5, 2019 |

Title: SPORTSPOWER LTD. v. CROWNTEC FITNESS MFG. LTD.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER Entering Revised Stipulated Protective Order (Dkt. 62)**

     On August 2, 2019, the parties stipulated to the Court's entry of a revised proposed protective order. (Dkt. 60.) The Court made minor revisions to Paragraphs 6.3 and 7.4(a) and enters the attached protective order.

MINUTES FORM 11                                                                  Initials of Deputy Clerk JD
CIVIL-GEN